| | |
|---|---|
| DAVID S. DURHAM (No. 76296) ddurham@howardrice.com CHRISTOPHER T. SCANLAN (No. 211724) cscanlan@howardrice.com JENNIFER GAARDER-WANG (No. 250803) jgaarder-wang@howardrice.com HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN A Professional Corporation Three Embarcadero Center, 7th Floor San Francisco, California 94111-4024 Telephone: 415/434-1600 Facsimile: 415/677-6262 | BRUCE A. HARLAND (No. 230477) MANUEL A. BOIGUES (No. 248990) YURI Y. GOTTESMAN (No. 246924) WEINBERG, ROGER & ROSENFELD A Professional Corporation 1001 Marina Village Parkway, Suite 200 Alameda, California 94501-1091 Telephone: 510/337-1001 Fax: 510/337-1023 Attorneys for Respondent/Cross-Petitioner SERVICE EMPLOYEES INTERNATIONAL UNION, UNITED HEALTHCARE WORKERS—WEST |

Attorneys for Petitioner
COVENANT CARE CALIFORNIA, LLC, D/B/A GRANT CUESTA NURSING AND REHABILITATION CENTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COVENANT CARE CALIFORNIA, LLC, d/b/a GRANT CUESTA NURSING AND REHABILITATION CENTER,<br><br>Petitioner,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, UNITED HEALTHCARE WORKERS-WEST,<br><br>Respondent. | No. 3:11-CV-2217 JSW <s>5:11-cv-02217-PSG</s><br><br>Action Filed: May 5, 2011<br><br>Judge Jeffrey S. White<br><br>**STIPULATION AND [PROPOSED] ORDER TO COORDINATE BRIEFING SCHEDULE AND CONTINUE CASE MANAGEMENT CONFERENCE** |

Petitioner and Cross-Respondent Covenant Care California, LLC, d/b/a Grant Cuesta Nursing and Rehabilitation Center ("Covenant Care"), and Respondent and Cross-Petitioner Service Employees International Union, United Healthcare Workers-West ("UHW"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on May 5, 2011, Covenant Care filed a Petition to Vacate Arbitration Award, Or, In The Alternative, Correct Arbitration Award;

WHEREAS, on June 9, 2011, UHW filed a Cross-Petition to Confirm Arbitration Award;

WHEREAS, both parties intend to file Motions for Summary Judgment seeking that their petitions be granted;

WHEREAS, both parties agree that the cross-motions should be heard at the same time; and

WHEREAS, it best serves the interests of judicial economy to establish a coordinated briefing schedule and common hearing date for the Cross-Motions for Summary Judgment, as the motions will raise essentially the same issues;

NOW, THEREFORE, the parties hereby stipulate and agree as follows:

1. Covenant Care shall file a Motion for Summary Judgment (seeking to vacate the arbitration award) on or before November 15, 2011.

2. UHW shall file a Cross-Motion for Summary Judgment (seeking to confirm the arbitration award), which shall include, in the same document, UHW's opposition to Covenant Care's Motion for Summary Judgment, on or before December 6, 2011.

3. Covenant Care shall file an Opposition to UHW's Cross-Motion for Summary Judgment, which shall include, in the same document, Covenant Care's Reply, if any, in support of its Motion for Summary Judgment, on or before December 20, 2011.

4. UHW may file a Reply in support of its Cross-Motion for Summary Judgment on or before January 5, 2011.

5. The hearing on the Cross-Motions for Summary Judgment shall be heard on February 3, 2011, at 9:00 a.m. The initial case management conference (CMC) shall, with

the Court's approval, be set for the same time on February 3, 2011. If a later CMC date is set, or if the CMC is continued on the Court's motion, the hearing on the parties' cross-motions will be reset to such later or continued date. Pursuant to Federal Rules of Civil Procedure 26(a)(1)(B)(ix) and Local Rule 16-2(d), and because the cross-motions for summary judgment are likely to resolve this case in its entirety, the parties are relieved of any obligation to conduct a Rule 26(f) conference, select a plan for alternative dispute resolution, or file a CMC statement.

DATED: October 6, 2011.

DAVID S. DURHAM
CHRISTOPHER T. SCANLAN
JENNIFER GAARDER-WANG
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By: /s/ *Christopher Scanlan*
    CHRISTOPHER T. SCANLAN

Attorneys for Petitioner COVENANT CARE CALIFORNIA, LLC, d/b/a GRANT CUESTA NURSING AND REHABILITATION CENTER

DATED: October 4, 2011.

BRUCE A. HARLAND
MANUEL A. BOIGUES
YURI Y. GOTTESMAN
WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/ *Yuri Y. Gottesman*[1]
    YURI Y. GOTTESMAN

Attorneys for Respondent/Cross-Petitioner
SERVICE EMPLOYEES INTERNATIONAL UNION, UNITED HEALTHCARE WORKERS—WEST

---

[1] Counsel e-filing this document represents that he has obtained the permission of Yuri Y. Gottesman, counsel for Respondent/Cross-Petitioner, to file this Stipulation and [Proposed] Order on Respondent/Cross-Petitioner's behalf.

1 **GENERAL ORDER 45 ATTESTATION**

I, Christopher T. Scanlan, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO COORDINATE BRIEFING SCHEDULE AND CONTINUE CASE MANAGEMENT CONFERENCE. In compliance with General Order 45, section X.B., I hereby attest that I have on file the concurrences for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated: October 6, 2011.

By: ____/s/ *Christopher Scanlan*____
   CHRISTOPHER T. SCANLAN

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __October 11__, 2011.

By: ____[signature] Jeffrey S. White____
   Hon. Jeffrey S. White
   United States District Judge