**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COVENANT CARE CALIFORNIA, LLC., ET AL.,

    Plaintiff,

  v.

SERVICE EMPLOYEES INTERNATIONAL UNION, ET AL.,

    Defendant.

No. C 11-02217 JSW

**ORDER VACATING HEARING AND CASE MANAGEMENT CONFERENCE**

Pursuant to Civil Local Rule 7-1(b), the Court finds that the cross motions for summary judgment which have been noticed for hearing on Friday, February 3, 2012 at 9:00 a.m., are appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motions will be taken under submission and decided on the papers. Further, the case management conference is VACATED and shall be rest by further order, if necessary.

**IT IS SO ORDERED.**

Dated: January 30, 2012

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE