IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COVENANT CARE CALIFORNIA, LLC., ET AL., | |
| Plaintiff, | No. C 11-02217 JSW |
| v. | |
| SERVICE EMPLOYEES INTERNATIONAL UNION, ET AL., | **ORDER VACATING HEARING AND CASE MANAGEMENT CONFERENCE** |
| Defendant. | |

Pursuant to Civil Local Rule 7-1(b), the Court finds that the cross motions for summary judgment which have been noticed for hearing on Friday, February 3, 2012 at 9:00 a.m., are appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motions will be taken under submission and decided on the papers. Further, the case management conference is VACATED and shall be rest by further order, if necessary.

**IT IS SO ORDERED.**

Dated: January 30, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE